IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant. | C.A. No. 25-629-JLH <br><br><br> **JURY TRIAL DEMANDED** |

**AMENDED CIVIL COVER SHEET ADDENDUM RE: RELATED CASES**

Pursuant to Section VIII of the Civil Cover Sheet (D.I. 1), the related cases to this action are the following:

- *Micron Technology, Inc., et al. v. Netlist, Inc.*, C.A. No. 25-863-JLH (D. Del.) – Judge Jennifer L. Hall;

- *Micron Technology, Inc., et al. v. Netlist, Inc.*, C.A. No. 25-629-JLH (D. Del.) – Judge Jennifer L. Hall;

- *Samsung Electronics Co., Ltd., et al. v. Netlist, Inc.*, C.A. No. 25-626-JLH (D. Del.) – Judge Jennifer L. Hall;

- *Netlist, Inc. v. Micron Technology, Inc., et al.*, 2:25-cv-552 (E.D. Tex.);

- *Netlist, Inc. v. Micron Technology, Inc., et al.*, 2:25-cv-558 (E.D. Tex.);

- *Netlist, Inc. v. Micron Technology, Inc., et al.*, 1:23-cv-323 (D. Idaho);

- *Netlist, Inc. v. Micron Technology, Inc., et al.*, 2:23-cv-628 (E.D. Tex.);

- *Netlist, Inc. v. Micron Technology, Inc., et al.*, 2:23-cv-294 (E.D. Tex.);

- *Netlist, Inc. v. Micron Technology, Inc., et al.*, 2:22-cv-203 (E.D. Tex.);

- *Netlist, Inc. v. Samsung Electronics Co., Ltd., et al.*, 2:25-cv-553 (E.D. Tex.);

- *Netlist, Inc. v. Samsung Electronics Co., Ltd., et al.*, 2:25-cv-557 (E.D. Tex.);

- *Netlist, Inc. v. Micron Technology, Inc., et al.*, 1:22-cv-134 (W.D. Tex.);

- *Netlist, Inc. v. Micron Technology, Inc., et al.*, 1:22-cv-136 (W.D. Tex.);

- *Netlist, Inc. v. Micron Technology, Inc., et al.*, 6:21-cv-430 (W.D. Tex.); and

- *Netlist, Inc. v. Micron Technology, Inc., et al.*, 6:21-cv-431 (W.D. Tex.).

Dated: July 30, 2025

*Of counsel:*

Natalie Arbaugh
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453 6500
NArbaugh@winston.com

David P. Enzminger
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
(213) 615-1700
denzminger@winston.com

Michael R. Rueckheim
Ryuk Park
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
(650) 858 6500
MRueckheim@winston.com
RPark@winston.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Attorneys for Plaintiffs Micron Technology, Inc. and Micron Semiconductor Products, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 30, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Karen E. Keller
Emily S. DiBenedetto
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
kkeller@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Netlist, Inc.*

Dated: July 30, 2025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Attorneys for Plaintiffs Micron Technology, Inc. and Micron Semiconductor Products, Inc.*