

Karen E. Keller
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0702
kkeller@shawkeller.com

May 6, 2026

**VIA CM/ECF & HAND DELIVERY**
The Honorable Jennifer L. Hall
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

     Re:      Consolidation of C.A. Nos. 25-629, 25-863, 25-942, 26-246, and 26-362

On April 28, 2026, the Court directed the parties to file a letter addressing whether Case Nos. 25-629, 25-863, 25-942, 26-246, and 26-362 should be consolidated. The parties conferred and agree that the following cases should be consolidated into two, separate actions:

- C.A. Nos. 26-246, 25-629, and 25-863, involving U.S. Patent Nos. 10,025,731 and 12,308,087, should be consolidated for all purposes, including trial; and

- C.A. Nos. 26-362 and 25-942, involving U.S. Patent No. 12,373,366, should be consolidated for all purposes, including trial.

The parties believe that maintaining these two actions separately will be the most efficient and fair approach in light of the status of discovery, causes of action, patents at issue, and accused products in each case. The cases were not previously consolidated, and neither party has ever previously sought consolidation. For these reasons, the parties thus respectfully request the Court consolidate these matters into two, separate cases.

          Respectfully submitted,

          */s/ Karen E. Keller*

          Karen E. Keller (No. 4489)

cc:    Clerk of the Court (by CM/ECF & Hand Delivery)
       All counsel of record (by CM/ECF & Email)