IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MICRON TECHNOLOGY, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NETLIST, INC.,<br><br>Defendant. | C.A. No. 25-629-JLH<br>C.A. No. 25-863-JLH |
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., *et al.*,<br><br>Defendants. | C.A. No. 26-246-JLH |

## STIPULATION AND [PROPOSED] ORDER OF CONSOLIDATION

IT IS HEREBY STIPULATED AND AGREED by and among the parties, through their undersigned counsel and subject to the approval of the Court, that:

1.    Pursuant to the Court's May 6, 2026 Order and Federal Rule of Civil Procedure 42(a), C.A. No. 26-246 ("246 action"), C.A. No. 25-629 ("629 action"), and C.A. No. 25-863 ("863 action") are consolidated for all purposes with the 246 action designated as the lead case; and

2.    All future filings regarding the 246 action, the 629 action, and the 863 action shall be made only in 246 action and shall include the following caption:

|  |  |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>      v.<br><br>MICRON TECHNOLOGY, INC., et al.,<br><br>    Defendants. | C.A. No. 26-246-JLH<br>(CONSOLIDATED) |

| | |
|---|---|
| YOUNG CONAWAY STARGATT &<br>  TAYLOR, LLP | SHAW KELLER LLP |
| */s/ Anne Shea Gaza*<br>Anne Shea Gaza (No. 4093)<br>Daniel G. Mackrides (No. 7230)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>dmackrides@ycst.com | */s/ Emily S. DiBenedetto*<br>Karen E. Keller (No. 4489)<br>Emily S. DiBenedetto (No. 6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>edibenedetto@shawkeller.com |
| *Attorneys for Micron Technology, Inc.*<br>*and Micron Semiconductor Products, Inc.* | *Attorneys for Netlist, Inc.* |

Dated: May 20, 2026

**SO ORDERED this**   22nd   **day of**   May   **2026.**

_____
The Honorable Jennifer L. Hall
United States District Court Judge